FILED

MAY 15 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAMUEL VILLEGAS LOPEZ,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>JANICE K BREWER, Governor of<br>Arizona; et al.,<br><br>　　　　Defendants - Appellees. | No. 12-16084<br><br>D.C. No. 2:12-cv-00245-NVW<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

Before: McKEOWN, BERZON, and RAWLINSON, Circuit Judges.

A majority of the panel votes to deny the petition for panel rehearing and the petition for rehearing en banc.

Judges McKeown and Rawlinson vote to deny the petition for panel rehearing and Judge Berzon votes to grant the petition for panel rehearing. Accordingly, the petition for panel rehearing is denied.